STATE of Missouri, Respondent,

v.

Eugene LEWIS, Appellant.

No. 64124.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 7, 1995.

Talat Bashir, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John R. Watson, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

Appellant Eugene Lewis appeals from his conviction for sale of a controlled substance, a class B felony under § 195.211, R.S.Mo. Cum.Supp.1993, for which he was sentenced as a prior and persistent offender to ten years' imprisonment. We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).

Fredrick D. SHERRILL, Appellant,

v.

Gail B. MERISOTES, Respondent.

No. 64443.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 7, 1995.

Terrasita A. Cuffie, St. Louis, for appellant.

Daniel T. Rabbitt, Sandra A. Steiniger, Rabbitt, Pitzer & Snodgrass, P.C., St. Louis, for respondent.

Before AHRENS, P.J., and SIMON and · KAROHL, JJ.

*ORDER*

PER CURIAM.

This is an appeal from a judgment entered following a jury verdict finding no fault by either party in an automobile collision case. The verdict is supported by substantial evidence, and no error of law appears. *Heins Implement Co. v. Missouri Highway & Transp. Comm'n,* 859 S.W.2d 681, 692[15, 16] (Mo. banc 1993).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. A memorandum, solely for the use of the parties involved, has been provided explaining the reasons for our holding.

We affirm the judgment pursuant to Rule 84.16(b).